UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80147-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**EDDIE CARROLL**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 19].  On November 2, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Counts One and Two of the Indictment [ECF No. 8] pursuant to a written plea agreement and factual proffer [ECF No. 16].  Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 19].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 19] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Eddie Carroll as to Counts One and Two of the Indictment is **ACCEPTED**;

3. Defendant Eddie Carroll is adjudicated guilty of Count One and Count Two of the Indictment. Counts One and Two charge Defendant with bringing and attempting to

CASE NO. 21-80147-CR-CANNON

bring an alien to the United States for commercial and private financial gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii). In exchange for Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts 3 through 9 against Defendant at sentencing [ECF No. 16 ¶ 2]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of November 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record